150 So. 927

**Birdie Lynn WHITTEN v. H. H. MONT-GOMERY, Supt. of Banks, etc.**

5 Div. 911.

Court of Appeals of Alabama.

Nov. 14, 1933.

Joe Brown Duke, of Opelika, for appellant.

Jacob A. Walker, of Opelika, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed by agreement.

147 So. 927

**Floyd WILBURN v. STATE.**

8 Div. 708.

Court of Appeals of Alabama.

March 28, 1933.

BRICKEN, Presiding Judge.

Affirmed.

142 So. 927

**G. C. WILCOX v. CITY OF HUNTSVILLE.**

8 Div. 541.

Court of Appeals of Alabama.

May 19, 1932.

PER CURIAM.

Appeal dismissed for want of prosecution.

142 So. 927

**N. G. WILDER v. CITY OF GADSDEN.**

7 Div. 894.

Court of Appeals of Alabama.

May 26, 1932.

PER CURIAM.

Appeal dismissed for want of prosecution.

141 So. 927

**Alphonse WILLIAMS v. STATE.**

1 Div. 71.

Court of Appeals of Alabama.

May 17, 1932.

SAMFORD, J.

Appeal dismissed.

145 So. 927

**Joe WILLIAMS v. STATE.**

6 Div. 320.

Court of Appeals of Alabama.

Jan. 17, 1933.

BRICKEN, P. J.

It is evident that the appeal in this case was for delay. The appellant when arraigned in the lower court interposed a plea of guilty to the offense of violating the prohibition law upon which he was adjudged guilty, but, notwithstanding this, he appealed from the judgment of conviction. He had this right, however. Wright's Case, 209 Ala. 374, 96 So. 316.

The record upon which this appeal is rested is regular and without error, and the cause is affirmed.

Affirmed.

139 So. 927

**Lee WILLIAMS v. STATE.**

6 Div. 201.

Court of Appeals of Alabama.

Jan. 12, 1932.

SAMFORD, J.

Affirmed.